PETER SEAN BRADLEY, ESQ., #109258
PENNER, BRADLEY & SIMONIAN
1171 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-2100
Facsimile: (559) 221-2101

Attorney for Plaintiff, Ronald Stocks

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD STOCKS, | CASE NO. 1:11-CV-00644 LJO-SKO |
| Plaintiff | |
| v. | STIPULATION AND ORDER RE PROPER CORPORATE DEFENDANT |
| OFFICE MAX INCORPORATED and DOES 1 through 10, inclusive | |
| Defendants. | |

The parties through their attorneys hereby stipulate that the proper corporate defendant is OfficeMax North America, Inc. and that all references to Office Max Incorporated in the complaint on file in this action are amended to read "OfficeMax North America, Inc."

Dated: August 1, 2011                                           Penner, Bradley & Simonian


                                                        By _____/s/_____
                                                            Peter Sean Bradley
                                                            Attorneys for Plaintiff

Signatures Continued on Page Two

Dated: August 1, 2011                                                         Littler Mendelson

                                                                    By _____/s/_____
                                                                       Timothy S. Anderson
                                                                       Attorneys for Defendant


**ORDER**

IT IS SO ORDERED.

**Dated:   August 1, 2011**                              **/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE