UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD STOCKS,<br><br>                Plaintiff,<br>  vs.<br><br>OFFICEMAX NORTH AMERICA, INC.,<br><br>                Defendant.<br>_____/ | CASE NO. CV F 11-0644 LJO SKO<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 19.) |

      The parties' counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than December 23, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

      This Court VACATES all pending dates and matters, including the August 14, 2012 pretrial conference and October 1, 2012 trial.

      Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:   December 14, 2011**                   /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE